**Electronically Filed
Intermediate Court of Appeals
CAAP-24-0000425
12-NOV-2024
08:09 AM
Dkt. 61 OAWST**

NO. CAAP-24-0000425

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

NIKKI TSAI, Plaintiff-Appellant, v.
INOVA HEALTH SOLUTIONS LLC; INOVA CARE LLC;
INOVA INTERNATIONAL LLC;
JOHN LE BOEUF, INDIVIDUALLY AND IN THE CAPACITY AS
OFFICER OF THE ENTITY DEFENDANTS, Defendants-Appellees, and
JOHN DOES 1-20; JANE DOES 1-20; DOE CORPORATIONS, PARTNERSHIPS
AND OTHER ENTITIES 1-20, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 1CCV-23-0000623)

ORDER APPROVING STIPULATION FOR DISMISSAL WITH PREJUDICE
(By: Leonard, Acting Chief Judge, Hiraoka and Nakasone, JJ.)

Upon consideration of the Stipulation for Dismissal with Prejudice (Stipulation), filed November 4, 2024, by Defendants-Appellees Inova Health Solutions LLC, Inova Care LLC, Inova International LLC, and John Le Boeuf, the papers in support, and the record, it appears that (1) the appeal has been docketed and the filing fees have been paid; (2) under Hawaiʻi Rules of Appellate Procedure Rule 42(b), the parties stipulate to dismiss the appeal with prejudice and bear their own attorneys' fees and costs; and (3) the Stipulation is signed by counsel for all appearing parties.

Therefore, IT IS HEREBY ORDERED that the Stipulation is approved and the appeal is dismissed with prejudice.  The parties shall bear their own attorneys' fees and costs.

DATED:  Honolulu, Hawaiʻi, November 12, 2024.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Karen T. Nakasone
Associate Judge